STATE OF TEXAS                    CAUSE NO. 2014CR2945   IN THE DISTRICT COURT

VS.                                                      175th JUDICIAL DISTRICT

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL 17 AM 11:23

KEITH E. HOTTLE, CLERK

STEVEN M. GARY                                          BEXAR COUNTY, TEXAS

## MOTION ETO PREVENT DELAY                             15-520-CR

TO HONORABLE JUDGE OF SAID COURT:

    COMES NOW STEVEN MITCHELL GARY with the assertion of the SIXTH amendment to the U.S. Constitution and UNDER the abuse of DISCRETION STANDARD, REQUEST that being there IS a "Trial Date SET for 8·10·15" CONCERNING the above Stated Criminal Matter, that there be NO·MORE CONTINUANCES OR DELAYS being It Violates the Defendants Right to a Speedy Trial, the Pre-Trial Delay to avoid Trial IS unfair to the accused.

    This Delay has done IRREPERABLE Harm to defense's case being witnesses can't be found, the defendant has suffered oppressive pre-Trial detention and his anxieties have not been minimized. Defense has been Impaired and the fairness of the System has been skewed and prejudiced by delay. Dragoo, 96 S.W.3d at 315, ARRESTED 12·22·2013 to PRESENT

    WHEREFORE, PREMISES CONSIDERED, Defendant Request that at trial DATE SET 8·10·15 there be allowed NO·MORE Delays by PROSECUTION and Trial COMMENCES OR Dismissal for lack of PROSECUTION be RENDERED.

SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2019

July 14, 2015

RespectFully Submitted

Steven M. Gary
STEVEN M. GARY

CC SENT TO 4th COURT OF APPEALS

STEVEN MITCHELL GARY

No. 900827

200 N. Comal AD. 27

SAN ANTONIO, TEXAS
78207

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
15 JUL 2015 PM 4 L

2014    FOREVER

TO: COURT OF APPEALS
Cadeena- REEVES Justice Cntr.
300 Dolorosa, Suite 3200
San Antonio, TEXAS 78205
ATTN: KEITH E. HOTTLE

7820530E799
LEGAL MAIL